## LEVISLES CARPENTER *v.* COMMISSIONER OF CORRECTION

The petitioner Levisles Carpenter's petition for certification for appeal from the Appellate Court, 48 Conn. App. 920 (AC 17043), is denied.

*Todd A. Edgington*, assistant public defender, in support of the petition.

Decided July 8, 1998

## AKILAH BITTLE *v.* COMMISSIONER OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 711 (AC 17071), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that service of process pursuant to General Statutes § 4-183 (c) is not perfected upon depositing in the mail, certified mail, return receipt requested, a copy of the appeal papers, addressed to the proper agency or the attorney general within forty-five days of the agency decision?"

The Supreme Court docket number is SC 15973.

*Robert A. Solomon* and *Kathleen A. Sullivan*, in support of the petition.

*Karen Haabestad Fritzinger*, assistant attorney general, in opposition.